

**FILED**
DISTRICT COURT OF GUAM
AUG 3 0 2005 ᾳp
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
TERRITORY OF GUAM

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

SHANE STEVEN POWELL
    Defendant.

USDC CRIMINAL CASE NO.: 03-00106-003

**SPECIAL REPORT**

Re:   **Request for Transfer of Jurisdiction.**

    Shane Steven Powell was sentenced on August 3, 2004 to time served followed by three years supervised release for Conspiracy to Distribute Controlled Substances, in violation of Title 21 U.S.C. § 846. The following special conditions were ordered: participate in drug treatment and testing; perform 300 hours of community service; and pay a $100 special assessment fee.

    On September 17, 2004, the Western District of Michigan accepted transfer of supervision in this case subsequent to Mr. Powell's request to re-unite with his family in that district. Mr. Powell returned to Michigan on September 27, 2004. In a letter dated July 25, 2005, U.S. Probation Officer Sheryl R. Fett requested a transfer of jurisdiction in this case as Mr. Powell has established permanent residency in their district.

    Based on the above request, this officer recommends that the Court initiate a Transfer of Jurisdiction from the District of Guam to the Western District of Michigan.

RESPECTFULLY submitted this 30th day of August 2005

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File

**ORIGINAL**