| ⁂PROB 22 (Rev. 2/88) | DOCKET NUMBER (Tran. Court) |
|---|---|
| | CR03-00106-002 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) |
| | 1:05:PT:42 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **SHANE S. POWELL**<br>c/o USPO Sheryl R. Fett<br>**Western District of Michigan**<br>**101 Federal Building**<br>**110 Michigan Avenue NW**<br>**Grand Rapids, MI 49503** | **Guam** | |
| | NAME OF SENTENCING JUDGE | |
| | John C. Coughenour, Designated Judge | |
| | DATES OF SUPERVISED | FROM: August 3, 2004 / TO: August 2, 2007 |

OFFENSE

**CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES, in violation of 21 U.S.C. § 846**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____N/A_____ DISTRICT OF _____**GUAM**_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____**Western District of Michigan**_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/2/05
*Date*

S. JAMES OTERO*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR _____**Western**_____ DISTRICT OF _____**Michigan**_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**FILED**
DISTRICT COURT OF GUAM
OCT 13 2005
MARY L.M. MORAN
CLERK OF COURT

**RECEIVED**
AUG 30 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

September 26, 2005
*Effective Date*

Chief *United States District Judge*
Hon. Robert Holmes Bell

*The Honorable S. James Otero, United States District Judge for the Central District of California, sitting by designation.

**ORIGINAL**

Case 1:03-cr-00106   Document 60   Filed 10/13/2005   Page 1 of 1